HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
IAN PIKE (329183)
  ianp@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorney for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br>CLASS ACTION<br><br>PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL<br><br>Date: August 29, 2022<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Courtroom: 10A<br><br>Complaint Filed: April 1, 2020<br>Trial date: Not set. |

Plaintiff Robert Cohen respectfully applies for an order granting leave to file certain portions of Plaintiff's [Proposed] Sur-Reply in Opposition to Defendant's Motion to Dismiss First Amended Complaint under seal. This application is pursuant to Civil Local Rule 79-5.2.2(a) and ¶13 of this Court's standing order, and is based on this application, the Declaration of Ian Pike in support ("Pike Decl."), redacted and unredacted, highlighted versions of Plaintiff's [Proposed] Sur-Reply in Opposition to Defendant's Motion to Dismiss First Amended Complaint, and a proposed order.

Among other reasons, Plaintiff opposed Defendant's Motion to Dismiss the First Amended Complaint because the documents Defendant submitted in support of the motion had been redacted. *See* Dkt. 51 at 8:17-19; Dkt. 52 at 4:11-23. Defendant submitted unredacted versions of the documents in support of its reply brief in an attempt to "moot" Plaintiff's arguments. *See* Dkt. 53 at 7:19-8:2. At the same time, Defendant applied for an order granting leave to file "limited portions of sketch approvals . . . for the products at issue in this matter" under seal because the sketch approval documents include what Defendant describes as "proprietary and trade-secret protected product formulation of Conagra's products" and "proprietary supplier information that is not publicly available." *See* Dkt. 55 at 1:10-19. The court granted Conagra's application to file under seal. Dkt. 57.

When information has already been filed under seal with court approval, a court has "no reason to disturb its earlier ruling" if a party subsequently requests to file "the same proprietary information" under seal. *See Obesity Rsch. Inst., LLC v. Fiber Rsch. Int'l, LLC*, No. 15-cv-595-BAS-MDD, 2018 U.S. Dist. LEXIS 129297, at *8 (S.D. Cal. Aug. 1, 2018); *see also Orthopaedic Hosp. v. Encore Med., L.P.*, No. 3:19-cv-00970-JLS-AHG, 2021 U.S. Dist. LEXIS 225014, at *11-12 (S.D. Cal. Nov. 19, 2021) (granting request to file a redacted brief under seal that republishes information "which the Court previously allowed to be filed under seal"). Pursuant to a non-disclosure agreement, Defendant provided copies of the unredacted sketch label documents to Plaintiff's counsel. Pike Decl. ¶5. On July 29, 2022, Plaintiff will apply

1

Case No.: 8:20-cv-00637-DOC-ADS
PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

*ex parte* for an order granting leave to file a sur-reply, which will include a proposed sur-reply. *See id.* ¶6.

After meeting and conferring with Defendant's counsel about the *ex parte* application and the substance of the sur-reply, Defendant's counsel requested that, to the extent the proposed sur-reply republishes any information ordered sealed by the Court, to "treat the previously redacted portions of the sketch approvals (and information contained therein) as 'confidential' and to the extent they are used as exhibits or incorporated in briefing, to file those documents under seal." *Id.* ¶7; *id.* Ex. C. Plaintiff's proposed sur-reply republishes information contained in the previously redacted portions of the sketch label documents, which Conagra described as "proprietary and trade-secret protected product formulation of Conagra's products" and "proprietary supplier information that is not publicly available"; all of which was sealed by the court. Pike Decl. ¶8; Dkt. 57. Plaintiff has redacted the proposed sur-reply only to the extent necessary to prevent disclosure of information the Court has already ordered sealed. Pike Decl. ¶9. Defendant will not be prejudiced if this document is filed under seal because Plaintiff will promptly provide Defendant with a copy of the unredacted brief after filing under seal. *See id.* ¶10.

Because there is no reason for the Court to "disturb its earlier ruling," good cause also exists to seal portions of Plaintiff's proposed sur-reply. *Obesity Rsch. Inst.*, 2018 U.S. Dist. LEXIS 129297, at *8. Accordingly, Plaintiff respectfully requests the Court grant Plaintiff's application to file portions of the proposed sur-reply under seal.

Respectfully submitted,

Dated: July 28, 2022

HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
IAN PIKE (329183)

By:      */s/ Ian Pike*
             IAN PIKE

HAEGGQUIST & ECK, LLP

225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
alreenh@haelaw.com
ianp@haelaw.com

ELSNER LAW & POLICY LLC
GRETCHEN ELSNER *(Pro Hac Vice)*
314 South Guadalupe Street
Sante Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY (134180)
MARC L. GODINO (182689)
1925 Century Park, East Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancy.com
mgodino@glancy.com
info@glancylaw.com

GLANCY PRONGAY & MURRAY LLP
DAVID J. STONE (208961)
230 Park Avenue, Suite 358
New York, NY 10169
Telephone: (212) 682-5340
Facsimile: (212) 884-0988
dstone@glancy.com

Attorneys for Plaintiff and the Proposed Class

HAEGGQUIST & ECK, LLP

### **CERTIFICATE OF SERVICE**

I hereby certify that on July 28, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on July 28, 2022.

>                                    s/ *Ian Pike*
>                                    IAN PIKE
>
> HAEGGQUIST & ECK, LLP
> IAN PIKE (329183)
> 225 Broadway, Suite 2050
> San Diego, CA 92101
> Telephone: 619-342-8000
> Facsimile: 619-342-7878
> ianp@haelaw.com