HAEGGQUIST & ECK, LLP

1
2
3
4
5
6
7
8           UNITED STATES DISTRICT COURT
9           CENTRAL DISTRICT OF CALIFORNIA
10                  SOUTHERN DIVISION
11

| | |
|---|---|
| 12  ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated, | Case No.: 8:20-cv-00637-DOC-ADS |
| 13 | |
| 14 | *Assigned to the Hon. David O. Carter* |
| 15      Plaintiff, | [PROPOSED] ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL |
| 16    v. | |
| 17 | |
| 18  CONAGRA BRANDS, INC., a Delaware corporation, | |
| 19 | |
| 20      Defendant. | |
| 21 | |

22
23
24
25
26
27
28

Upon review of Plaintiff's Application for Leave to File Under Seal, the Court finds that inasmuch as certain material cited in Plaintiff's [Proposed] Sur-Reply in Opposition to Defendant's Motion to Dismiss First Amended Complaint was already sealed in Defendant's reply brief (Dkt. 57), good cause also exists to seal portions of Plaintiff's proposed sur-reply:

| Pleading and Page:Line | Ruling |
| --- | --- |
| Declaration of Ian Pike in Support of Application for Leave to File Under Seal ("Pike Decl."), Ex. A (proposed sur-reply) at 2:11-12 | Granted |
| Pike Decl., Ex. A at 2:13 | Granted |
| Pike Decl., Ex. A at 2 n.1 | Granted |
| Pike Decl., Ex. A at 3:26 | Granted |
| Pike Decl., Ex. A at 3:27 | Granted |
| Pike Decl., Ex. A at 4:1-13 | Granted |
| Pike Decl., Ex. A at 4:15 | Granted |
| Pike Decl., Ex. A at 4 n.2 | Granted |
| Pike Decl., Ex. A at 4 n.3 | Granted |
| Pike Decl., Ex. A at 4 n.4 | Granted |
| Pike Decl., Ex. A at 5:1-2 | Granted |
| Pike Decl., Ex. A at 5:5 | Granted |

Good cause appearing therefor, Plaintiff's application is GRANTED. It is hereby ORDERED that the aforementioned portions of Plaintiff's proposed sur-reply shall be filed under seal.

**IT IS SO ORDERED.**

DATED:

_____
The Honorable David O. Carter
United States District Judge

HAEGGQUIST & ECK, LLP

1

[PROPOSED] ORDER GRANTING APPLICATION FOR
LEAVE TO FILE UNDER SEAL