1  ANGELA SPIVEY (*pro hac vice*)
   ANDREW PHILLIPS (*pro hac vice*)
2  **ALSTON & BIRD LLP**
   One Atlantic Center
3  1201 West Peachtree Street, Suite 4900
   Atlanta, GA 30309-3424
4  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
5  E-mail:   angela.spivey@alston.com
              andrew.phillips@alston.com
6

7  RACHEL E. K. LOWE (SBN 246361)
   **ALSTON & BIRD LLP**
8  333 South Hope Street, 16th Floor
   Los Angeles, CA 90071-1410
9  Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
10 E-mail:   rachel.lowe@alston.com

11 Attorneys for Defendant
   **CONAGRA BRANDS, INC.**
12

13                     UNITED STATES DISTRICT COURT

14                    CENTRAL DISTRICT OF CALIFORNIA

15                           SOUTHERN DIVISION

16

17 | ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated, | Case No.: 8:20-cv-00637-DOC |
   |---|---|
18 |  | Assigned to the Hon. David O. Carter |
19 | Plaintiff, | |
20 | v. | **DEFENDANT CONAGRA BRANDS, INC.'S RESPONSE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER TO SEAL** |
21 | CONAGRA BRANDS, INC., a Delaware corporation, | |
22 |  | |
23 | Defendant. | |

24

25

26

27

28

# DEFENDANT'S RESPONSE IN SUPPORT OF PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL

1. On July 28, 2022, Plaintiff Robert Cohen submitted an Application For Leave To File Documents Under Seal, along with a supporting declaration and documents. Dkt. 58 and 59.

2. Specifically, Plaintiff seeks to seal portions of a proposed surreply,[1] which contain or discuss information contained in the redacted portions of sketch approvals previously submitted by Conagra Brands Inc. ("Conagra"), all of which were previously sealed by the Court. Dkt. 57 (granting Conagra's motion to seal previously redacted portions of sketch approvals).

3. As Plaintiff notes in his application, "[w]hen information has already been filed under seal with court approval, a court has no reason to disturb its earlier ruling if a party subsequently requests to file the same proprietary information" under seal. Dkt 58 p. 1 (citing *Obesity Rsch. Inst., LLC v. Fiber Rsch. Int'l, LLC*, No. 15-cv-595-BAS-MDD, 2018 U.S. Dist. LEXIS 129297, at *8 (S.D. Cal. Aug. 1, 2018); *Orthopaedic Hosp. v. Encore Med., L.P.*, No. 3:19-cv-00970-JLS-AHG, 2021 U.S. Dist. LEXIS 225014, at *11-12 (S.D. Cal. Nov. 19, 2021) (granting request to file a redacted brief under seal that republishes information "which the Court previously allowed to be filed under seal")).

4. Because the materials sought to be sealed by Plaintiff merely republishes and discusses information which this Court has already sealed, Conagra agrees with Plaintiff that the redacted portions of the proposed surreply should likewise be sealed. *Id.*

---

[1] Conagra understands Plaintiff intends to file a petition seeking leave to submit the proposed surreply. Conagra intends to oppose Plaintiff's petition seeking leave.

5. Nonetheless, out of an abundance of caution, Conagra hereby re-submits and incorporates by reference its previously-filed declarations in support of sealing the unredacted portions of the sketch approvals. *See* Dkt. 55-1 (Declaration of Andrew G. Phillips); 55-4 (Declaration of Jennifer Danek), stamped filed copies of which are attached hereto as **Exhibits 1** and **2**, respectively.

For the reasons set forth herein and in Plaintiff's submission, Plaintiff's Application For Leave To File Documents Under Seal should be granted.

DATED: August 1, 2022        /s/ Angela Spivey
                             Attorney for Defendant Conagra Brands, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on August 1, 2022, I authorize the electronic filing of the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the email addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 1, 2022.

                                          /s/ Angela Spivey
                                          ANGELA SPIVEY