# Exhibit 2

# PHILLIPS DECL. EXH. C

1  ANGELA SPIVEY (*pro hac vice*)
   ANDREW PHILLIPS (*pro hac vice*)
2  **ALSTON & BIRD LLP**
   One Atlantic Center
3  1201 West Peachtree Street, Suite 4900
   Atlanta, GA  30309-3424
4  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
5  E-mail:   angela.spivey@alston.com
               andrew.phillips@alston.com
6
7  RACHEL E. K. LOWE (SBN 246361)
8  **ALSTON & BIRD LLP**
   333 South Hope Street, 16th Floor
9  Los Angeles, CA  90071-1410
   Telephone: (213) 576-1000
10 Facsimile: (213) 576-1100
   E-mail:   rachel.lowe@alston.com
11
12 Attorneys for Defendant
   **CONAGRA BRANDS, INC.**
13
14            **UNITED STATES DISTRICT COURT**
15            **CENTRAL DISTRICT OF CALIFORNIA**
16                 **SOUTHERN DIVISION**
17
18 ROBERT COHEN, a consumer, on behalf        Case No.:  8:20-cv-00637-DOC
   of himself and all others similarly
19 situated,                                  Assigned to the Hon. David O. Carter
20            Plaintiff,                      **DECLARATION OF JENNIFER
                                              DANEK IN SUPPORT OF REPLY
21       v.                                   BRIEF IN SUPPORT OF MOTION TO
                                              DISMISS AMENDED COMPLAINT
22 CONAGRA BRANDS, INC., a Delaware           AND APPLICATION FOR LEAVE TO
   corporation,                               FILE UNDER SEAL**
23
24            Defendant.                      [Filed concurrently with Reply Brief in
                                              Support of Motion to Dismiss; Application
25                                            for Leave to File Under Seal; Declaration
                                              of Andrew G. Phillips in Support of
26                                            Application for Leave to File Under Seal;
                                              and (Proposed) Order]
27
28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Date:          August 29, 2022
Time:          8:30 a.m.
Courtroom:     10A

## **DECLARATION OF JENNIFER DANEK**

Pursuant to 28 U.S.C. § 1746, Jennifer Danek declares and states as follows:

1.      My name is Jennifer Danek.  I am of legal age and under no legal disability.  I make this declaration in support of Conagra Brands, Inc.'s ("Conagra") in support of its Motion to Dismiss the Amended Complaint of Plaintiff Robert Cohen ("Complaint") and Conagra's Application for Leave to File Under Seal.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, I could and would testify competently to them.

2.      I am employed by Conagra as a Senior Food Labeling Specialist.  I have served in this role since June 2015.  From 2006 until June 2015, I was employed by Conagra in the roles of: Associate Food Scientist, Food Scientist, and Senior Food Scientist.

3.      As a Senior Food Labeling Specialist, I am responsible for providing U.S. food labeling expertise to a multi-discplinary team at Conagra concerning labeling issues for a variety of existing and developing Conagra products and brands.  In this role, I am a member of a team of food labeling specialists that evaluates and provides feedback regarding existing and proposed labels on Conagra's food products and brands.  I am familiar with the product labels at issue in this lawsuit.  I am also responsible for obtaining the United States Department of Agriculture's ("USDA") Food Safety and Inspection Service ("FSIS") sketch approvals of the labels for food products regulated by the FSIS.

4.      Attached as **Exhibit A** to the Declaration of Andrew G. Phillips in support of Conagra's Application for Leave to File under Seal ("Phillips Decl.") are true and correct unredacted copies of six (6) FSIS sketch approvals for the products at issue.  True and correct redacted copies of the FSIS sketch approvals are attached as Exhibit B to the Declaration of Andrew G. Phillips in support of Conagra's Motion to Dismiss (Dkt. 48-4) as well as **Exhibit B** of the Phillips Declaration in support of Conagra's

1    Application for Leave to File under Seal.

2         5.      Attached as Composite Exhibit C to the Declaration of Andrew G. Phillips

3    in support of Conagra's Motion to Dismiss (Dkt. 48-5 through 48-24) are true and

4    correct images of the product labeling for the twenty (20) products at issue in this case.[1]

5         6.      I understand that Conagra redacted certain information on the sketch

6    approvals attached as Exhibit B to the Declaration of Andrew G. Phillips in support of

7    Conagra's Motion to Dismiss (Dkt. 48-4) and moves to file the unredacted versions of

8    those sketch approvals (attached to the Phillips Declaration as Exhibit A) under seal.  I

9    have reviewed the information that Conagra moves to file under seal in connection with

10   its Motion to Dismiss the Amended Complaint and Application for Leave to File under

11   Seal.  Based on my role and my duties and responsibilities as a Senior Food Labeling

12   Specialist, I have personal knowledge of Conagra's business practices and its treatment

13   of certain types of information – including the types of information set forth in the

14   documents attached as Exhibit A to the Phillips Declaration in Support of the

15   Application for Leave to File under Seal and redacted at (Dkt. 48-4) – as highly-

16   sensitive, confidential information about Conagra's business.

17        7.      The information that Conagra seeks to have sealed are highly-sensitive,

18   confidential information about Conagra's business, and that information falls under two

19   categories of competiviely sensitive materials: (a) proprietary and trade-secret protected

20   product formulation of Conagra's products; and (b) proprietary supplier information

21   that is not publicly available.

22

23   [1] Those 20 products are identified in paragraph 25 of the Complaint, and include: (1)
     Buffalo-Style Breast Tenders; (2) Chicken Breast Nuggets (Bag); (3) Chicken Breast
24   Nugget (Family Pack); (4) Chicken Breast Nuggets (Box); (5) Chicken Breast Patties
     (Bag); (6) Chicken Breast Patties (Box); (7) Chicken Breast Strips (Bag); (8) Chicken
25   Breast Tenders (Bag); (9) Chicken Breast Tenders (Box); (10) Hot & Spicy Wings; (11)
     Hot and Spicy Wings – 11 oz.; (12) Original Chicken Nugget (Bag); (13) Original
26   Chicken Nugget (Box); (14) Original Chicken Nugget (Family Pack); (15) Original
     Chicken Patties (Bag); (16) Original Chicken Patties (Box); (17) Original Crispy Fried
27   Chicken; (18) Popcorn Chicken (Bag); (19) Popcorn Chicken (Box); and (20) Whole
     Grain Chicken Breast Strips (Bag).

28

**Proprietary Product Formulation Information**

**(Dkt. 48-4), at pp. 3, 5-6, 11, 13, 18, 20, 27, 30, 37, 42, 51, 53-54**

**Phillips Decl. Exh. A, at pp. 3, 5-6, 11, 13, 18, 20, 27, 30, 37, 42, 51, 53-54**

8.   The subject matter of the selected redacted information in these documents relates to proprietary and trade secret-protected formulation of Conagra products. Conagra expends significant time and resources on research and development in connection with the formulation of its products.  As such, this information is highly valuable to Conagra.  It is Conagra's policy not to disclose the information redacted from these documents, which Conagra treats as highly confidential in the ordinary course of business, and Conagra is diligent in protecting this information from disclosure.  If this information were disclosed to the public, Conagra's competitors would have valuable insights into its trade secrets, strategy, and business decisions. Given that Conagra's competitors could use that information to Conagra's detriment, Conagra has legitimate business reasons and expectations in keeping this information confidential.

**Proprietary and Competitive Supplier Information**

**(Dkt. 48-4), at pp. 18, 31-33, 37**

**Phillips Decl. Exh. A, at pp. 18, 31-33, 37**

9.   The subject matter of the selected redacted information in these documents relates to the sourcing and supplier information for Conagra products.  Conagra expends significant time and resources negotiating its supply agreements with third parties for the ingredients it sources for its products, and the identity of Conagra's suppliers and the terms of its supply agreements are confidential, competitively sensitive business information.  As such, this information is highly valuable to Conagra.  It is Conagra's policy not to disclose the information in these documents, which Conagra treats as confidential in the ordinary course of business, and Conagra is diligent in protecting

DECL. JENNIFER DANEK IN SUPP. OF DEF'S MOTION TO DISMISS,
APP. LEAVE TO FILE UNDER SEAL
Case No. 8:20-cv-00637-DOC

this information from disclosure.  Given that Conagra's competitors could use that information to Conagra's detriment, Conagra has legitimate business reasons and expectations in keeping this information confidential.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 11th day of July, 2022 in Papillion, Nebraska.

_Jennifer Danek_

Jennifer Danek