UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br>*Assigned to the Hon. David O. Carter*<br><br>ORDER GRANTING PLAINTIFF'S APPLICATION FOR LEAVE TO FILE UNDER SEAL [58] |

Upon review of Plaintiff's Application for Leave to File Under Seal, the Court finds that inasmuch as certain material cited in Plaintiff's [Proposed] Sur-Reply in Opposition to Defendant's Motion to Dismiss First Amended Complaint was already sealed in Defendant's reply brief (Dkt. 57), good cause also exists to seal portions of Plaintiff's proposed sur-reply:

| Pleading and Page: Line | Ruling |
| --- | --- |
| Declaration of Ian Pike in Support of Application for Leave to File Under Seal ("Pike Decl."), Ex. A (proposed sur-reply) at 2:11-12 | Granted |
| Pike Decl., Ex. A at 2:13 | Granted |
| Pike Decl., Ex. A at 2 n.1 | Granted |
| Pike Decl., Ex. A at 3:26 | Granted |
| Pike Decl., Ex. A at 3:27 | Granted |
| Pike Decl., Ex. A at 4:1-13 | Granted |
| Pike Decl., Ex. A at 4:15 | Granted |
| Pike Decl., Ex. A at 4 n.2 | Granted |
| Pike Decl., Ex. A at 4 n.3 | Granted |
| Pike Decl., Ex. A at 4 n.4 | Granted |
| Pike Decl., Ex. A at 5:1-2 | Granted |
| Pike Decl., Ex. A at 5:5 | Granted |

Good cause appearing therefor, Plaintiff's application is GRANTED. It is hereby ORDERED that the aforementioned portions of Plaintiff's proposed sur-reply shall be filed under seal.

**IT IS SO ORDERED.**

DATED: August 8, 2022

_David O. Carter_
The Honorable David O. Carter
United States District Judge