HAEGGQUIST & ECK, LLP
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
IAN PIKE (329183)
  ianp@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorney for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br><u>CLASS ACTION</u><br><br>OBJECTION TO NEW EVIDENCE SUBMITTED IN SUPPORT OF DEFENDANT'S REPLY BRIEF<br><br>Date: August 29, 2022<br>Time: 8:30 a.m.<br>Judge: Hon. David O. Carter<br>Courtroom: 10A<br><br>Complaint Filed: April 1, 2020<br>Trial date: Not set. |

Plaintiff Robert Cohen respectfully objects to all new evidence submitted in support of the reply brief filed by Defendant Conagra Brands, Inc. ("Conagra") in support of its motion to dismiss. *See* Dkt. 53. A district court should not consider new evidence submitted for the first time in a reply brief without giving the non-moving party a chance to respond to any such evidence submitted for the first time on reply. *Provenz v. Miller*, 102 F.3d 1478, 1483 (9th Cir. 1996). A party opposing the submission of new evidence in support of a reply brief may file a written objection to the evidence. *See Townsend v. Monster Beverage Corp.*, 303 F. Supp. 3d 1010, 1026-27 (C.D. Cal. 2018) (citing *SEC v. Platforms Wireless Int'l Corp.*, 617 F.3d 1072, 1087 n.9 (9th Cir. 2010)); *accord Knowles v. City of Benicia*, 785 F. Supp. 2d 936, 938 n.1 (E.D. Cal. 2011).

Conagra submitted the following new evidence in support of its reply brief: unredacted versions of the purported sketch label approval forms, and a declaration from a "Senior Food Labelling Specialist" in Nebraska that purports to authenticate the sketch label approval forms. *See* Dkts. 56-1, 55-4. Plaintiff had no opportunity to address the unredacted documents in his opposition papers because Conagra only filed them in support of its reply brief. Dkts. 55, 55-1. Conagra seems to suggest it can cure this prejudice because it has given unredacted copies of the documents to Plaintiff and his counsel. *See* Dkt. 54 at 4:15-20. But the problem of submitting new evidence on reply brief is not cured simply by letting the opposing party **see** the evidence. The prejudice flows from denying one's opponent the chance to **challenge** the evidence. *Provenz*, 102 F.3d at 1483; *Wright v. Tehachapi Unified Sch. Dist.*, No. 1:16-cv-01214 LJO JLT, 2017 U.S. Dist. LEXIS 121017, at *1-2 (E.D. Cal. Aug. 1, 2017). Accordingly, the Court should not consider any new evidence submitted in support of Conagra's reply brief, or, in the alternative, grant Plaintiff's *Ex Parte* Application for Leave to File a Sur-Reply (filed concurrently with this objection).

| | |
|---|---|
| Dated: August 9, 2022 | HAEGGQUIST & ECK, LLP<br>ALREEN HAEGGQUIST (221858)<br>IAN PIKE (329183)<br><br>By:  */s/ Ian Pike*<br>  IAN PIKE<br><br>225 Broadway, Suite 2050<br>San Diego, CA 92101<br>Telephone: (619) 342-8000<br>Facsimile: (619) 342-7878<br>alreenh@haelaw.com<br>ianp@haelaw.com<br><br>ELSNER LAW & POLICY LLC<br>GRETCHEN ELSNER (Pro Hac Vice)<br>314 South Guadalupe Street<br>Sante Fe, NM 87501<br>Telephone: (505) 303-0980<br>gretchen@elsnerlaw.org<br><br>GLANCY PRONGAY & MURRAY LLP<br>LIONEL Z. GLANCY (134180)<br>MARC L. GODINO (182689)<br>1925 Century Park, East Suite 2100<br>Los Angeles, CA 90067<br>Telephone: (310) 201-9150<br>Facsimile: (310) 201-9160<br>lglancy@glancy.com<br>mgodino@glancy.com<br><br>GLANCY PRONGAY & MURRAY LLP<br>DAVID J. STONE (208961)<br>230 Park Avenue, Suite 358<br>New York, NY 10169<br>Telephone: (212) 682-5340<br>Facsimile: (212) 884-0988<br>dstone@glancy.com<br><br>Attorneys for Plaintiff and the Proposed Class |

**CERTIFICATE OF SERVICE**

I hereby certify that on August 9, 2022, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on August 9, 2022.

*s/ Ian Pike*
IAN PIKE

HAEGGQUIST & ECK, LLP
IAN PIKE (329183)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
ianp@haelaw.com