UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br>*Assigned to the Hon. David O. Carter*<br><br>ORDER GRANTING *EX PARTE* APPLICATION FOR LEAVE TO FILE A SUR-REPLY [63] |

Plaintiff's *Ex Parte* Application for Leave to File a Sur-Reply in opposition to Defendant's Motion to Dismiss First Amended Complaint (Dkt. 48), with good cause appearing therefor, is GRANTED. It is hereby ORDERED that the Sur-Reply in Opposition to Defendant's Motion to Dismiss First Amended Complaint lodged with the *Ex Parte* Application as Exhibit A is hereby deemed filed as of this date.

**IT IS SO ORDERED.**

DATED: August 10, 2022

*/s/ David O. Carter*
The Honorable David O. Carter
United States District Judge