ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:   angela.spivey@alston.com
          andrew.phillips@alston.com

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:   rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA BRANDS, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:20-cv-00637-DOC<br><br>Assigned to the Hon. David O. Carter<br><br>**DEFENDANT CONAGRA BRANDS, INC.'S NOTICE OF MOTION AND MOTION REQUESTING CERTIFICATION OF ISSUE FOR IMMEDIATE APPEAL OR, IN THE ALTERNATIVE, FOR RECONSIDERATION**<br><br>[Filed concurrently with the Memorandum of Points and Authorities; and [Proposed] Order]<br><br>Date:         May 1, 2023<br>Time:         8:30 a.m.<br>Courtroom:    10A |

1  **TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

2  PLEASE TAKE NOTICE THAT on May 1, 2023, or as soon thereafter as this
3  matter may be heard, in the United States District Court, Central District of California,
4  Southern Division, located at 411 West Fourth Street, Courtroom 10A, Santa Ana, CA,
5  92701-4516 before the Honorable David O. Carter, Defendant Conagra Brands, Inc.,
6  ("Conagra" or "Defendant") will, and hereby does, move the Court pursuant to 28
7  U.S.C. § 1292(b) to certify for interlocutory appeal its Order entered on March 20, 2023
8  granting in part and denying in part Conagra's Motion to Dismiss [Dkt. 72]. Conagra
9  brings this Motion on the grounds that: (1) the Order involves a controlling question of
10 law; (2) there is substantial ground for difference of opinion concerning that controlling
11 question of law; and (3) an immediate appeal from the Order would materially advance
12 the ultimate termination of this litigation.  Conagra also requests that, if the Court
13 certifies its Order, the Court stay this action pending the Ninth Circuit's disposition of
14 Conagra's § 1292(b) petition, pursuant to the Court's inherent power to control cases
15 on its docket and in the interest of the economy of time and effort for the Court, counsel,
16 and the litigants.

17 In the alternative, Conagra respectfully moves for reconsideration of the Court's
18 March 20, 2023 Order on the grounds that: (1) there is a material difference in fact or
19 law from that presented to the Court, namely new guidance from USDA's Food Safety
20 and Inspection Service that confirms Conagra's interpretation of the relevant regulation;
21 and/or (2) there was a failure to consider Conagra's evidence that there were no
22 modifications related to the special claims between previous sketch-approved versions
23 of the product and later generic-approved versions (and Plaintiff has not plausibly
24 alleged any misleading modification).

25 This Motion is filed following the conference of counsel pursuant to Local Rule
26 Rule 7-3, which took place on March 29, 2023, which was the first mutually available
27 time for counsel after Conagra's counsel requested a conference on March 24, 2023.

28 This motion is based on this Notice of Motion and Motion, the accompanying

1  Memorandum of Points and Authorities, and on such other written and oral argument
2  as may be presented to the Court.
3
4
5  DATED: April 3, 2023            */s/ Angela Spivey*
                                   ANGELA SPIVEY
6                                  Attorney for Defendant
                                   **CONAGRA BRANDS, INC.**
7