| | |
|---|---|
| 1 | ANGELA M. SPIVEY (*pro hac vice*) |
| 2 | ANDREW G. PHILLIPS (*pro hac vice*) |
|   | **ALSTON & BIRD LLP** |
|   | One Atlantic Center |
| 3 | 1201 West Peachtree Street, Suite 4900 |
|   | Atlanta, GA  30309-3424 |
| 4 | Telephone:  (404) 881-7000 |
|   | Facsimile:   (404) 881-7777 |
| 5 | E-mail:    angela.spivey@alston.com |
|   |                  andrew.phillips@alston.com |

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street
Sixteenth Floor
Los Angeles, California 90071
Telephone:  (213) 576-1000
Facsimile:   (213) 576-1100
E-mail:  rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA BRANDS, INC**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA – SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated, | Case No.:  8:20-CV-00637-DOC-ADSx |
| | Assigned to the Honorable David O. Carter, Courtroom 10A |
| Plaintiff, | |
| v. | **CONAGRA BRANDS, INC.'S NOTICE OF INTERESTED PARTIES** |
| CONAGRA FOODS, INC., a Delaware corporation, | |
| Defendant. | Filing Date:        April 1, 2020 |
| | Complaint Filed:  March 30, 2022 |
| | Trial Date:          Not set |
| | Discovery Cut-off: |
| | Motion Cut-off: |

The undersigned, counsel of record for Defendant Conagra Brands, Inc. ("Conagra"), certifies that the following listed party (or parties) may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

*Other than the named parties, none. Conagra is a publicly-owned company whose stock is traded on the New York Stock Exchange. Conagra has no parent corporation, and no publicly-owned company owns 10% or more of its stock.*

DATED: April 4, 2023

ANGELA M. SPIVEY
ANDREW G. PHILLIPS
RACHEL E. K. LOWE
**ALSTON & BIRD LLP**

*s/ Angela M. Spivey*
Angela M. Spivey
**Defendant CONAGRA BRANDS, INC.**