## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| Case No. | SACV 20-00637-DOC-(ADSx): | Date | May 1, 2023 |
|---|---|---|---|
| Title | Robert Cohen v. Conagra Brands, Inc. | | |

PRESENT:

### HONORABLE DAVID O. CARTER, UNITED STATES DISTRICT COURT JUDGE

| Rolls Royce Paschal | Debbie Hino-Spaan |
|---|---|
| Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANT: |
|---|---|
| Marc Godino | Angela Spivey |
| Gretchen Elsner | |

**PROCEEDINGS:**   **MOTION FOR LEAVE TO APPEAL RE: ORDER ON MOTION TO DISMISS CASE [73]**

**SCHEDULING CONFERENCE**

Case called.   Court and counsel confer.   The Court takes the Motion for Leave to Appeal re: Order on Motion to Dismiss Case [73] under submission.

|  |  | 12 |
|---|---|---|
|  |  | 12 |
|  | 0 : | |

Initials of Deputy Clerk   rrp

cc: