# EXHIBIT A

EXHIBIT A
Page 3

# 1. Chicken Breast Nuggets (Family Pack)

| FSIS Sketch Approval<br>Chicken Breast Nuggets (Bag) | FSIS Generic Approval<br>Chicken Breast Nuggets (Family Pack) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | **INGREDIENTS: CHICKEN NUGGET PATTIES** (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), **BREADER** (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), **BATTER** (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. **CONTAINS: WHEAT.** | **Ingredient Differences[1]:**<br><br>• Removal of Isolated Soy Protein from Patties<br><br>• Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter |
| **Net Contents:**<br>NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 48 OZ (3 LB) 1.36kg | • Changes to the net weight[2] |

---

[1] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[2] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

EXHIBIT A
Page 4

| | | | |
|---|---|---|---|
| **Total Fat** 11g | **14%** | **Total Fat** 12g | **15%** |
| Saturated Fat 2.5g | **13%** | Saturated Fat 2.5g | **13%** |
| Trans Fat 0g | | Trans Fat 0g | |
| Polyunsaturated Fat 4.5g | | Polyunsaturated Fat 5g | |
| Monounsaturated Fat 4g | | Monounsaturated Fat 3g | |
| **Cholesterol** 40mg | **13%** | **Cholesterol** 40mg | **13%** |
| **Sodium** 470mg | **20%** | **Sodium** 490mg | **21%** |
| **Total Carbohydrate** 15g | **5%** | **Total Carbohydrate** 16g | **6%** |
| Dietary Fiber less than 1g | **4%** | Dietary Fiber 0g | **0%** |
| Total Sugars less than 1g | | Total Sugars 0g | |
| Includes less than 1g Added Sugars | **1%** | Includes 0g Added Sugars | **0%** |
| **Protein** 14g | | **Protein** 12g | |

- Changes to values in the nutrition facts panel[3]

| | |
|---|---|
| Chicken Breast Nuggets (Bag) | Chicken Breast Nuggets (Family Pack) |
| *See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | *See* Dkt. 48-7, Ex. C-3 at p. 2. |

---

[3] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

# 2. Chicken Breast Nuggets (Box)

| FSIS Sketch Approval Chicken Breast Nuggets (Bag) | FSIS Generic Approval Chicken Breast Nuggets (Box) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | **INGREDIENTS: CHICKEN NUGGET PATTIES** (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), **BREADER** (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), **BATTER** (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder). Fried In Vegetable Oil. **CONTAINS: WHEAT.**   CONAGRA BRANDS | **Ingredient Differences[4]:** <br> • Removal of Isolated Soy Protein from Patties <br><br> • Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter <br><br> • Change in predominance of ingredients in Batter (Garlic Powder) |
| **Net Contents:** <br> NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 12 OZ (340g) | • Changes to the net weight[5] |
| Total Fat 11g — 14% <br> Saturated Fat 2.5g — 13% <br> Trans Fat 0g <br> Polyunsaturated Fat 4.5g <br> Monounsaturated Fat 4g <br> **Cholesterol** 40mg — 13% <br> **Sodium** 470mg — 20% <br> **Total Carbohydrate** 15g — 5% <br> Dietary Fiber less than 1g — 4% <br> Total Sugars less than 1g <br> Includes less than 1g Added Sugars — 1% <br> **Protein** 14g | Total Fat 11g — 14% <br> Saturated Fat 2g — 10% <br> Trans Fat 0g <br> Polyunsaturated Fat 5g <br> Monounsaturated Fat 3g <br> **Cholesterol** 40mg — 13% <br> **Sodium** 470mg — 20% <br> **Total Carbohydrate** 16g — 6% <br> Dietary Fiber 0g — 0% <br> Total Sugars 0g <br> Includes 0g Added Sugars — 0% <br> **Protein** 13g | • Changes to values in the nutrition facts panel[6] |

---

[4] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38). "Changes to the order of predominance or product formula without the addition of new ingredients" also does not require any further FSIS review. *Id.*

[5] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[6] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

EXHIBIT A
Page 6

| Packaging is bag | Packaging is box | • Changes to packaging[7] |
|---|---|---|
| Chicken Breast Nuggets (Bag)<br>*See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | Chicken Breast Nuggets (Box)<br>*See* Dkt. 48-8, Ex. C-4 at p. 2. | |

---

[7] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the packaging (e.g., going from plastic container to plastic bag)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

EXHIBIT A
Page 7

# 3. Chicken Breast Patties (Bag)

| FSIS Sketch Approval<br>Chicken Breast Nuggets (Bag) | FSIS Generic Approval<br>Chicken Breast Patties (Bag) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN PATTIES (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: WHEAT. | **Ingredient Differences[8]:**<br><br>• Removal of Isolated Soy Protein from Patties<br><br>• Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter |
| **Net Contents:**<br>NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 24 OZ (1 LB 8 OZ) 680g | • Changes to the net weight[9] |

---

[8] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[9] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

EXHIBIT A
Page 8

| | | |
|---|---|---|
| **Total Fat** 11g  **14%** | **Total Fat** 8g  **10%** | • Changes to values in the nutrition facts panel[10] |
| Saturated Fat 2.5g  **13%** | Saturated Fat 1.5g  **8%** | |
| Trans Fat 0g | Trans Fat 0g | |
| Polyunsaturated Fat 4.5g | Polyunsaturated Fat 3.5g | |
| Monounsaturated Fat 4g | Monounsaturated Fat 2.5g | |
| **Cholesterol** 40mg  **13%** | **Cholesterol** 30mg  **10%** | |
| **Sodium** 470mg  **20%** | **Sodium** 350mg  **15%** | |
| **Total Carbohydrate** 15g  **5%** | **Total Carbohydrate** 12g  **4%** | |
| Dietary Fiber less than 1g  **4%** | Dietary Fiber 0g  **0%** | |
| Total Sugars less than 1g | Total Sugars 0g | |
| Includes less than 1g Added Sugars  **1%** | Includes 0g Added Sugars  **0%** | |
| **Protein** 14g | **Protein** 9g | |
| **Product Name:** CHICKEN BREAST NUGGETS | CHICKEN BREAST —PATTIES— | • Different shape (nuggets to patties) and name[11] |
| Chicken Breast Nuggets (Bag)<br>*See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | Chicken Breast Patties (Bag)<br>*See* Dkt. 48-9, Ex. C-5 at p. 2. | |

---

[10] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[11] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

# 4. Chicken Breast Patties (Box)

| FSIS Sketch Approval<br>Chicken Breast Nuggets (Bag) | FSIS Generic Approval<br>Chicken Breast Patties (Box) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN PATTIES (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder). Fried In Vegetable Oil. CONTAINS: WHEAT.<br><br>CONAGRA BRANDS | **Ingredient Differences[12]:**<br><br>• Removal of Isolated Soy Protein from Patties<br><br>• Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter<br><br>• Change in predominance of ingredients in Batter (Garlic Powder) |
| **Net Contents:**<br>NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 12 OZ (340g) | • Changes to the net weight[13] |

---

[12] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38). "Changes to the order of predominance or product formula without the addition of new ingredients" also does not require any further FSIS review. *Id.*

[13] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

| | | | |
|---|---|---|---|
| **Total Fat** 11g | **14%** | **Total Fat** 8g | **10%** |
| Saturated Fat 2.5g | **13%** | Saturated Fat 1.5g | **8%** |
| Trans Fat 0g | | Trans Fat 0g | |
| Polyunsaturated Fat 4.5g | | Polyunsaturated Fat 3.5g | |
| Monounsaturated Fat 4g | | Monounsaturated Fat 2.5g | |
| **Cholesterol** 40mg | **13%** | **Cholesterol** 30mg | **10%** |
| **Sodium** 470mg | **20%** | **Sodium** 350mg | **15%** |
| **Total Carbohydrate** 15g | **5%** | **Total Carbohydrate** 12g | **4%** |
| Dietary Fiber less than 1g | **4%** | Dietary Fiber 0g | **0%** |
| Total Sugars less than 1g | | Total Sugars 0g | |
| Includes less than 1g Added Sugars **1%** | | Includes 0g Added Sugars **0%** | |
| **Protein** 14g | | **Protein** 9g | |

| | | |
|---|---|---|
| **Product Name:** CHICKEN BREAST NUGGETS | CHICKEN BREAST —PATTIES— | • Different shape (nuggets to patties) and name[15] |
| Packaging is bag | Packaging is box | • Changes to packaging[16] |
| Chicken Breast Nuggets (Bag)<br>*See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | Chicken Breast Patties (Box)<br>*See* Dkt. 48-10, Ex. C-6 at p. 2. | |

• Changes to values in the nutrition facts panel[14]

---

[14] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[15] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards)" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

[16] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the packaging (e.g., going from plastic container to plastic bag)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

# 5. Chicken Breast Strips (Bag)

| FSIS Sketch Approval<br>Chicken Breast Nuggets (Bag) | FSIS Generic Approval<br>Chicken Breast Strips (Bag) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | **INGREDIENTS: CHICKEN STRIP PATTIES** (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), **BREADER** (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), **BATTER** (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder). Fried In Vegetable Oil. **CONTAINS: WHEAT.** | **Ingredient Differences[17]:**<br>• Removal of Isolated Soy Protein from Patties<br>• Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter<br>• Change in predominance of ingredients in Batter (Garlic Powder) |
| **Net Contents:**<br>NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 24 OZ (1 LB 8 OZ) 680g | • Changes to the net weight[18] |

---

[17] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38). "Changes to the order of predominance or product formula without the addition of new ingredients" also does not require any further FSIS review. *Id.*

[18] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

EXHIBIT A
Page 12

| | | |
|---|---|---|
| **Total Fat** 11g · **14%**<br>　Saturated Fat 2.5g · **13%**<br>　Trans Fat 0g<br>　Polyunsaturated Fat 4.5g<br>　Monounsaturated Fat 4g<br>**Cholesterol** 40mg · **13%**<br>**Sodium** 470mg · **20%**<br>**Total Carbohydrate** 15g · **5%**<br>　Dietary Fiber less than 1g · **4%**<br>　Total Sugars less than 1g<br>　　Includes less than 1g Added Sugars · **1%**<br>**Protein** 14g | **Total Fat** 11g · **14%**<br>　Saturated Fat 2g · **10%**<br>　Trans Fat 0g<br>　Polyunsaturated Fat 4.5g<br>　Monounsaturated Fat 3g<br>**Cholesterol** 40mg · **13%**<br>**Sodium** 430mg · **19%**<br>**Total Carbohydrate** 14g · **5%**<br>　Dietary Fiber 0g · **0%**<br>　Total Sugars 0g<br>　　Includes 0g Added Sugars · **0%**<br>**Protein** 12g | • Changes to values in the nutrition facts panel[19] |
| **Product Name:** CHICKEN BREAST NUGGETS |   CHICKEN BREAST —STRIPS— | • Different shape (nuggets to patties) and name[20] |
| Chicken Breast Nuggets (Bag)<br>*See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | Chicken Breast Strips (Bag)<br>*See* Dkt. 48-11, Ex. C-7 at p. 2. | |

---

[19] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[20] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

# 6. Chicken Breast Tenders (Bag)

| FSIS Sketch Approval<br>Chicken Breast Nuggets (Bag) | FSIS Generic Approval<br>Chicken Breast Tenders (Bag) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | **INGREDIENTS: CHICKEN TENDER PATTIES** (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), **BREADER** (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), **BATTER** (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. **CONTAINS: WHEAT.** | **Ingredient Differences[21]:**<br><br>• Removal of Isolated Soy Protein from Patties<br><br>• Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter |
| **Net Contents:**<br>NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 24 OZ (1 LB 8 OZ) 680g | • Changes to the net weight[22] |

---

[21] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[22] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

| | | |
|---|---|---|
| **Total Fat** 11g **14%** | **Total Fat** 11g **14%** | • Changes to values in the nutrition facts panel[23] |
|   Saturated Fat 2.5g **13%** |   Saturated Fat 2g **10%** | |
|   Trans Fat 0g |   Trans Fat 0g | |
|   Polyunsaturated Fat 4.5g |   Polyunsaturated Fat 4.5g | |
|   Monounsaturated Fat 4g |   Monounsaturated Fat 3g | |
| **Cholesterol** 40mg **13%** | **Cholesterol** 40mg **13%** | |
| **Sodium** 470mg **20%** | **Sodium** 430mg **19%** | |
| **Total Carbohydrate** 15g **5%** | **Total Carbohydrate** 14g **5%** | |
|   Dietary Fiber less than 1g **4%** |   Dietary Fiber 0g **0%** | |
|   Total Sugars less than 1g |   Total Sugars 0g | |
|     Includes less than 1g Added Sugars **1%** |     Includes 0g Added Sugars **0%** | |
| **Protein** 14g | **Protein** 11g | |
| **Product Name:** CHICKEN BREAST NUGGETS |  CHICKEN BREAST — TENDERS — | • Different shape (nuggets to patties) and name[24] |
| Chicken Breast Nuggets (Bag)<br>*See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | Chicken Breast Tenders (Bag)<br>*See* Dkt. 48-12, Ex. C-8 at p. 2. | |

---

[23] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[24] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

EXHIBIT A
Page 15

# 7. Chicken Breast Tenders (Box)

| FSIS Sketch Approval<br>Chicken Breast Nuggets (Bag) | FSIS Generic Approval<br>Chicken Breast Tenders (Box) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN TENDER PATTIES (Chicken Breast With Rib Meat, Water, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder). Fried In Vegetable Oil. CONTAINS: WHEAT.<br><br>CONAGRA BRANDS | **Ingredient Differences[25]:**<br>• Removal of Isolated Soy Protein from Patties<br>• Removal of Dextrose, Sugar, Autolyzed Yeast Extract, Modified Corn Starch from Batter<br>• Change in predominance of ingredients in Batter (Garlic Powder) |
| **Net Contents:** NET WT 30 OZ (1 LB 14 OZ) 850g | NET WT 12.6 OZ (357g) | • Changes to the net weight[26] |
| Total Fat 11g — 14%<br>Saturated Fat 2.5g — 13%<br>Trans Fat 0g<br>Polyunsaturated Fat 4.5g<br>Monounsaturated Fat 4g<br>Cholesterol 40mg — 13%<br>Sodium 470mg — 20%<br>Total Carbohydrate 15g — 5%<br>Dietary Fiber less than 1g — 4%<br>Total Sugars less than 1g<br>Includes less than 1g Added Sugars — 1%<br>Protein 14g | Total Fat 11g — 14%<br>Saturated Fat 2g — 10%<br>Trans Fat 0g<br>Polyunsaturated Fat 4.5g<br>Monounsaturated Fat 3g<br>Cholesterol 40mg — 13%<br>Sodium 430mg — 19%<br>Total Carbohydrate 14g — 5%<br>Dietary Fiber 0g — 0%<br>Total Sugars 0g<br>Includes 0g Added Sugars — 0%<br>Protein 12g | • Changes to values in the nutrition facts panel[27] |

[25] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38). "Changes to the order of predominance or product formula without the addition of new ingredients" also does not require any further FSIS review. *Id.*

[26] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[27] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

| **Product Name:** CHICKEN BREAST NUGGETS |  | • Different shape (nuggets to patties) and name[28] |
|---|---|---|
| Packaging is bag | Packaging is box | • Changes to packaging[29] |
| Chicken Breast Nuggets (Bag)<br>*See* Dkt. 48-4, Ex. B-2 at p. 14 of 56. | Chicken Breast Tenders (Box)<br>*See* Dkt. 48-13, Ex. C-9 at p. 2. | |

---

[28] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

[29] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the packaging (e.g., going from plastic container to plastic bag)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

# 8. Original Chicken Nugget (Box)

| FSIS Sketch Approval<br>Original Chicken Nugget (Bag) | FSIS Generic Approval<br>Original Chicken Nugget (Box) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Yeast, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN NUGGET PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), BREADER (Wheat Flour, Dextrose, Salt, Spice, Soybean Oil, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT.<br><br>CONAGRA BRANDS<br>P.O. BOX 3534, DEPT. B | **Ingredient Differences[30]:**<br><br>• Removal of Yeast from Breader<br><br>• Change in predominance of ingredients in Breader (Salt) |
| **Net Contents:**<br>NET WT 32 OZ (2 LB) 907g | NET WT 15 OZ (425g) | • Changes to the net weight[31] |
| Packaging is bag | Packaging is box | • Changes to packaging[32] |
| Original Chicken Nugget (Bag)<br>*See* Dkt. 48-4, Ex. B-4 at p. 34 of 56. | Original Chicken Nugget (Box)<br>*See* Dkt. 48-17, Ex. C-13 at p. 2. | |

---

[30] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38). "Changes to the order of predominance or product formula without the addition of new ingredients" also does not require any further FSIS review. *Id.*

[31] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[32] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the packaging (e.g., going from plastic container to plastic bag)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

# 9. Original Chicken Nugget (Family Pack)

| FSIS Sketch Approval<br>Original Chicken Nugget (Bag) | FSIS Generic Approval<br>Original Chicken Nugget (Family Pack) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Yeast, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN NUGGET PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), **BREADER** (Bleached Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Yeast, Extractives of Paprika), **BATTER** (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried in Vegetable Oil. CONTAINS: SOY, WHEAT. | **Ingredient Differences:**<br>• None |
| **Net Contents:**<br>NET WT 32 OZ (2 LB) 907g | NET WT 48 OZ (3 LB) 1.36kg | • Changes to the net weight[33] |
| Original Chicken Nugget (Bag)<br>*See* Dkt. 48-4, Ex. B-4 at p. 34 of 56. | Original Chicken Nugget (Family Pack)<br>*See* Dkt. 48-18, Ex. C-14 at p. 2. | |

---

[33] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

## 10.    Original Chicken Patties (Bag)

| FSIS Sketch Approval<br>Original Chicken Nugget (Bag) | FSIS Generic Approval<br>Original Chicken Patties (Bag) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Yeast, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Yeast, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | **Ingredient Differences:**<br>• None |
| **Net Contents:**<br>NET WT 32 OZ (2 LB) 907g | NET WT 24 OZ (1 LB 8 OZ) 680g | • Changes to the net weight[34] |

---

[34] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

| | | |
|---|---|---|
| **Total Fat** 11g | **14%** | • Changes to values in the nutrition facts panel[35] |
| Saturated Fat 2.5g | **13%** | |
| Trans Fat 0g | | |
| Polyunsaturated Fat 4.5g | | |
| Monounsaturated Fat 4g | | |
| **Cholesterol** 35mg | **12%** | |
| **Sodium** 540mg | **23%** | |
| **Total Carbohydrate** 18g | **7%** | |
| Dietary Fiber 2g | **7%** | |
| Total Sugars 1g | | |
| Includes 0g Added Sugars | **0%** | |
| **Protein** 12g | | |

| | | |
|---|---|---|
| **Total Fat** 8g | **10%** | |
| Saturated Fat 2g | **10%** | |
| Trans Fat 0g | | |
| Polyunsaturated Fat 3.5g | | |
| Monounsaturated Fat 3g | | |
| **Cholesterol** 25mg | **8%** | |
| **Sodium** 400mg | **17%** | |
| **Total Carbohydrate** 13g | **5%** | |
| Dietary Fiber 2g | **7%** | |
| Total Sugars less than 1g | | |
| Includes 0g Added Sugars | **0%** | |
| **Protein** 9g | | |

| | | |
|---|---|---|
| **Product Description:**<br>BANQUET CHICKEN NUGGETS - Breaded Chicken Nugget Patties |  | • Different shape (nuggets to patties) and name[36] |
| Original Chicken Nugget (Bag)<br>*See* Dkt. 48-4, Ex. B-4 at p. 34 of 56. | Original Chicken Patties (Bag)<br>*See* Dkt. 48-19, Ex. C-15 at p. 2. | |

---

[35] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[36] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

# 11.    Original Chicken Patties (Box)

| FSIS Sketch Approval<br>Original Chicken Nugget (Bag) | FSIS Generic Approval<br>Original Chicken Patties (Box) | Labeling Changes |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Yeast, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | **INGREDIENTS: CHICKEN PATTIES** (Chicken, Water, Isolated Soy Protein, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavorings), **BREADER** (Wheat Flour, Dextrose, Salt, Spice, Soybean Oil, Extractives Of Paprika), **BATTER** (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT.<br><br>**CONAGRA BRANDS** | **Ingredient Differences[37]:**<br>• Removal of Yeast from Breader<br>• Change in predominance of ingredients in Breader (Salt) |
| **Net Contents:**<br>NET WT 32 OZ (2 LB) 907g | **NET WT 14.4 OZ (408g)** | • Changes to the net weight[38] |
| Total Fat 11g — 14%<br>Saturated Fat 2.5g — 13%<br>Trans Fat 0g<br>Polyunsaturated Fat 4.5g<br>Monounsaturated Fat 4g<br>Cholesterol 35mg — 12%<br>Sodium 540mg — 23%<br>Total Carbohydrate 18g — 7%<br>Dietary Fiber 2g — 7%<br>Total Sugars 1g<br>Includes 0g Added Sugars — 0%<br>Protein 12g | Total Fat 8g — 10%<br>Saturated Fat 2.5g — 10%<br>Trans Fat 0g<br>Polyunsaturated Fat 3.5g<br>Monounsaturated Fat 3g<br>Cholesterol 25mg — 8%<br>Sodium 400mg — 17%<br>Total Carbohydrate 13g — 5%<br>Dietary Fiber 2g — 7%<br>Total Sugars <1g<br>Includes 0g Added Sugars — 0%<br>Protein 9g | • Changes to values in the nutrition facts panel[39] |

---

[37] Per FSIS Guideline for Label Approval (Jan. 2023), "[r]emoval of ingredients in product without the addition of new ingredients" is a change to a sketch approved label that does not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38). "Changes to the order of predominance or product formula without the addition of new ingredients" also does not require any further FSIS review. *Id.*

[38] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the net weight, including the addition of net weight labels (e.g., a label was approved for 1 pound (lb.) and the new label is for 2 pounds (lbs.)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

[39] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to values in the nutrition facts panel" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).

| **Product Description:** BANQUET CHICKEN NUGGETS - Breaded Chicken Nugget Patties |  | • Different shape (nuggets to patties) and name[40] |
|---|---|---|
| Packaging is bag | Packaging is box | • Changes to packaging[41] |
| Original Chicken Nugget (Bag) *See* Dkt. 48-4, Ex. B-4 at p. 34 of 56. | Original Chicken Patties (Box) *See* Dkt. 48-20, Ex. C-16 at p. 2. | |

---

[40] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the form of the product (e.g., changing from link sausage to bulk sausage or changing from sausage patties to sausage links)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 22 (p. 23 of 38). Further, "[c]hanges to the descriptive name" and "[c]hanges to the product name (e.g., changing the product name from sausage to Italian sausage provided it meets the regulation and/or standards)" do not require any further FSIS review. *See* Dkt. 73-2 at p. 22-23 (p. 23-24 of 38).

[41] Per FSIS Guideline for Label Approval (Jan. 2023), "[c]hanges to the packaging (e.g., going from plastic container to plastic bag)" are changes to a sketch approved label that do not require any further FSIS review. *See* Dkt. 73-2 at p. 23 (p. 24 of 38).