# EXHIBIT B

According to the Paperwork Reduction Act of 1995, an agency may not conduct or sponsor, and a person is not required to respond to, a collection of information unless it displays a valid OMB control number. The valid OMB control number for this information collection is 0583-0092. The time required to complete this information collection is estimated to average 75 minutes per response, including the time for reviewing instructions, searching existing data sources, gathering and maintaining the data needed, and completing and reviewing the collection of information. This form had been approved by OMB for web distribution.

Page 1 of 4

| U.S. DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE **APPLICATION FOR APPROVAL OF LABELS, MARKING OR DEVICE** FSIS has determined that information provided in items 11,15, and 16 is exempt from mandatory disclosure under Freedom of Information Act 5 U.S.C. 552(b)(4) **APPLICANT: See Page 5 for instructions.** | 1. AGENT NAME, ADDRESS, TELEPHONE NO. *(If using an Agent, complete this block, otherwise leave blank.)* | 2. FOR USDA USE ONLY | 3. FOR USDA USE ONLY | 4. ESTABLISHMENT NO. / FOREIGN COUNTRY *(If applicable)* M140 + P91 + V 140,794 + P770,M1058+P45,M1059+P9,M5505+P107,M233+P115+V233,M18338 4a. TYPE OF PRODUCT     Egg     Meat ✓ Poultry     Other |

**5a. NAME OF PRODUCT**
BANQUET Popcorn Chicken - Chicken Breast Patty Fritters With Rib Meat

| 5b. HACCP PROCESS CATEGORY *(Select one)* 03J: Slaughter - all species 03B: Raw Product - ground 03C: Raw Product - not ground 03D: Thermally Processed - Commercially sterile 03E: Not heat treated - shelf stable 03F: Heat treated - shelf stable ✓ 03G: Fully cooked - not shelf stable 03H: Heat treated but not fully cooked - not shelf stable 03I: Product with secondary inhibitors - not shelf stable | 6a. TYPE OF APPROVAL REQUESTED ✓ SKETCH     TEMPORARY     EXTENSION OF TEMPORARY 6b. WAS THE LABEL PREVIOUSLY APPROVED?     YES → Date of approval: _____ ✓ NO     Prior approval number: _____     Number of labels on hand: _____     Number of days requested: _____ | 7a. AREA OF PRINCIPAL DISPLAY PANEL *(Square Inches)* 77.00 7b. TOTAL AVAILABLE LABELING SPACE FOR ENTIRE PACKAGE *(Square inches):* 224.25 |

| 8. Does this label include a "USDA-AMS Child Nutrition Program CN-Logo?      YES     ✓ NO | 9. *(FOR USDA-AMS USE ONLY)* CN Identification Number Assigned |

10. Are there any special claims, guarantees, or foreign language on the label?  ✓ YES     NO     *(If yes, check all that apply)*

✓ Allergen Statements
    Animal Production/Breed/Raising
    Certified/Verified
    Environmental/Green
    Export Only Labels w/deviations from Domestic Requirements
    Foreign Language
    Geographic/Undefined Style

    Grading Terms
    Guarantees
    Natural/Organic
    Nutrition/Health
    Religious Exemption

✓ Other Claims: Specify
Made With 100% Natural* White Meat Chicken, No Preservatives, No Artificial Colors, No Artificial Flavors, No Added Hormones**, 0g Trans Fat

| 11. NAME AND ADDRESS OF FIRM *(Below and between dots)* • Conagra Brands 6 Conagra Dr Omaha, Nebraska 68102 UNITED STATES • | 12. SIGNATURE OF APPLICANT OR AGENT Jennifer Danek | 13. DATE 02/18/2022 |
| | 14. *(FOR USDA USE ONLY)* CONDITIONS APPLYING TO USE OF LABELS OR DEVICE | |

FSIS FORM 7234-1 (11/16/2011)     REPLACES FSIS FORM 7234-1 (09/01/2009), WHICH IS OBSOLETE.

FSIS FORM 7234-1 (11/16/2011) page 2      Page 2 of 4

| 15. PRODUCT FORMULA | ✓ | PCT (No Fractions) | WEIGHT |
|---|---|---|---|
| Please see attached document | | 100 | |
| See Continuation Sheet | | **TOTAL** (Percent must total 100%)   100 | |

FSIS FORM 7234-1 (11/16/2011)     REPLACES FSIS FORM 7234-1 (09/01/2009), WHICH IS OBSOLETE.

**16. PROCESSING PROCEDURES** *(Approval of the sketch does not convey approval of the processing procedures)*

███████████████████████████████████████████████████████████

See Continuation Sheet

FSIS FORM 7234-1 (11/16/2011)    REPLACES FSIS FORM 7234-1 (09/01/2009), WHICH IS OBSOLETE.

27

EXHIBIT B

Page 27

# INSTRUCTIONS FOR PREPARATION OF FSIS FORM 7234-1

*Note:* The following instructions should be typed unless otherwise noted.

**A. PREPARATION OF APPLICATION**
*Application must be typed or it will be returned without evaluation.*
Submit two copies for each label application.

**B. TYPE OF APPROVAL REQUESTED**
Sketch: Self explanatory. (See 9 CFR 317.4 & 381.132)
Temporary and Extension of Temporary. Actual label or color litho take off to be used.

**C. FOREIGN LANGUAGE**
Labels printed in foreign languages must be accompanied by English language translation.

**D. ASSEMBLY OF APPLICATION**
Application Form, Product Formula, Processing Procedures, Continuation Sheet if applicable, Label, and any Supporting Documentation Staple with one or as few staples as possible. *(Do not use paper clips)*.

**E. MAIL COMPLETED APPLICATION TO:**

USDA, FSIS, OPPD, LPDD
Labeling Distribution Unit
Stop Code 3786, Patriots Plaza III, 8-168
1400 Independence Avenue, SW
Washington, DC 20250-3700

*The following instructions relate to numbered items on form.*

1. If using an Agent, provide the company name, address, and telephone number, otherwise leave blank.

2 & 3. Leave blank, for USDA use only.

4. Establishment No./Foreign Country (if applicable) - Self Explanatory.

4a. Type of Product. Select one product type: Egg, Meat, Poultry, or Other (i.e. Exotic Species, Non-Amenable, Voluntary, etc.)

5a. Name of Product. Use common or descriptive product name, i.e., "Frankfurter, Cereal Added" or "Meat Patties in Gravy". (Do not use trade brand names or coined names, such as "Joe's Corn Dogs" or "Joe's Sloppy Joes.") If coined names such as "Corn Dogs" are used, also show true product name, such as "Batter Wrapped Wiener."

5b. Provide HACCP process category for the product. See 9 CFR 417.2(b) (1), Example, Heat Treated - shelf stable, Not heat treated-shelf stable etc. Select one.

6a & b. Type of Approval Requested. If temporary approval or extension, insert number of days requested and number of labels on hand. If previous approval, attach copy of application and label. Include specific reason(s) why requesting a temporary or extension and include information required.in 9 CFR 317.4(f) (1) or 381.132(f) (1) on the continuation sheet. Be sure to include product name and block item.

7a. Area of Principal Display Panel (PDP). The PDP is the entire side of the package to which the label is affixed. See 9 CFR 317.2 (d) and 381.116 (b).

7b. Total available labeling space in square inches for entire package.

8. USDA-AMS Child Nutrition Program Logo. Indicate if the product includes a USDA-AMS Child Nutrition Program Logo.

9. Leave Blank. For USDA-AMS use only.

10. Special claims, guarantees, or foreign language. Indicate if there are any special claims, guarantees, or foreign language on the label. Check all that apply.
If Other Claims is selected, indicate specific claim(s) in space provided.

11. Name and Address of Firm. Insert Firm's name and mailing address. Use 2 letter symbol for State. Show postal zip code.

12 & 13. Signature and Date of Applicant or Agent. To be signed and dated by the applicant or agent representing the official establishment or plant.

14. Leave blank for USDA use only. Conditions Applying to Use of Label or Device.
*(Any condition, modification or remarks applied to the application when approved are conditions governing use of the approved devices.)*

15. Product Formula. List the ingredients by percent or weight in order of their predominance. If product consists of several components, e.g., a frozen dinner, list each component separately and indicate the percentage or amount of each component in the product. If additional space is needed, check the box for "Continuation Sheet," and use the Continuation Sheet. Be sure to include the product name and number of the block item. Express all ingredients in the same units, i.e., do not list some in pounds and others in ounces.

   *Check whether weight or percent is used. It is preferred that percentages be used, and the total must equal 100 percent. If weights are used, show in pounds, kilograms or grams. (No gallons,pints,cups,teaspoons, etc.). The Total must equal the weights of the individual units. (Example: Crust + Cheese + Sauce + Meat = Total new weight of Unit.)*

   DO NOT use fractions. Express as decimals carried to two places, Example: 1-1/4 lbs., show as 1.25 lbs. Example: 3/4 lbs., show as .75 lbs.

16. Processing Procedures. Poultry Products provide complete processing procedures as required in 9 CFR 381.134. Meat Products, provide complete processing procedures as required.
Note: Approval of the sketch does not convey approval of the processing procedures. If additional space is needed, check the box for "Continuation Sheet," and use the continuation sheet.
Be sure to include the product name and number of the block item.

FSIS FORM 7234-1 (11/16/2011)    REPLACES FSIS FORM 7234-1 (09/01/2009), WHICH IS OBSOLETE.

28

EXHIBIT B
Page 28



**BANQUET Popcorn Chicken - Chicken Breast Patty Fritters With Rib Meat**

| INGREDIENTS | | | Composite Listing |
|---|---|---|---|
| **Meat Mix** | | | |
| 100% Natural Skinless Chicken Breast With Rib Meat (as purchased) | | | |
| Chicken Skin | | | |
| Water | | | |
| Textured Soy Flour | | | |
| Soy Flour | | | |
| Modified Corn Starch | | | |
| Salt | | | |
| Autolyzed Yeast Extract | | | |
| Sodium Phosphates | | | |
| Natural Flavoring | | | |
| **BREADER** | | | |
| Wheat Flour, Dextrose, Salt, Spice, Soybean Oil, Extractives Of Paprika | | | |
| **BATTER** | | | |
| Water | | | |
| Yellow Corn Flour, Corn Starch, Salt, Spices, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder | | | |



|  | **24 OZ, BANQUET CHICKEN BREAST POPCORN CHICKEN, FROZEN (5054337-006)** | Status: | MLC Approved for Graphics |
|---|---|---|---|
| | **US Fact Panel** | Effective: | 11-Jan-2022 |
| | | Prepared By: | Danek, Jennifer |
| | | MM#: | 10118716 |

## Nutrition Facts
About 8 servings per container
**Serving size    10 Pieces (85g)**

**Amount per serving**
**Calories    260**

| | % Daily Value* |
|---|---|
| **Total Fat** 13g | **17%** |
|     Saturated Fat 2g | **10%** |
|     Trans Fat 0g | |
|     Polyunsaturated Fat 7g | |
|     Monounsaturated Fat 3g | |
| **Cholesterol** 15mg | **5%** |
| **Sodium** 440mg | **19%** |
| **Total Carbohydrate** 28g | **10%** |
|     Dietary Fiber 2g | **7%** |
|     Total Sugars 1g | |
|         Includes 0g Added Sugars | **0%** |
| **Protein** 9g | |
| Vitamin D 0mcg | 0% |
| Calcium 0mg | 0% |
| Iron 0.7mg | 4% |
| Potassium 220mg | 4% |

*The % Daily Value tells you how much a nutrient in a serving of food contributes to a daily diet. 2,000 calories a day is used for general nutrition advice.

Calories per gram:
Fat 9    •    Carbohydrate 4    •    Protein 4

**Notes:** Facts Up Front // Made with 100% Natural* White Meat Chicken - *Minimally Processed, No Artificial Ingredients // No Added Hormones** **Federal regulations prohibit the use of added hormones in chicken. // Serving Suggestion // If product picture on packaging has been enlarged then the statement "Enlarged to Show Quality" will have to be added //

**USDA Inspection Legend:** Poultry

**USDA Establishment Number:** Plant will print on label

**Consumer Handling Statement:** Keep Frozen – Fully Cooked

**Product Identification**
   **UPC:** 3100012023

**Brand Identification**
 **Trading Company:** Conagra Brands
           **Brand:** Banquet
       **Sub Brand:**
   **Product Name:** POPCORN CHICKEN
           **Brand**
    **Description:**
     **Label Owner:** ConAgra Branded Manufacturer Label

**Ingredients:** CHICKEN PATTIES (Chicken Breast With Rib Meat, Water, Textured Soy Flour, Modified Corn Starch, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavoring), BREADER (Wheat Flour, Dextrose, Salt, Spice, Soybean Oil, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Salt, Spices, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT.

**Allergens Contained:** Soy, Wheat

**Allergens May Contain:**

**Compliance Identification**
   **Label Claims (Actual):** 0g Trans Fat Per Serving
           **Complies With:** No Artificial Colors, No Artificial Flavors, No Preservatives

**Product Description:** POPCORN CHICKEN - Chicken Breast Patty Fritters with Rib Meat

**Net Contents:** NET WT 24 OZ (1 LB 8 OZ) 680g