HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
  ambere@haelaw.com
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
AARON M. OLSEN (259923)
  aarono@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

Attorneys for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated, <br><br> Plaintiff, <br><br> v. <br><br> CONAGRA BRANDS, INC., a Delaware corporation, <br><br> Defendant. | Case No.: 8:20-cv-00637-DOC-ADS <br><br> CLASS ACTION <br><br> DECLARATION OF AARON M. OLSEN IN SUPPORT OF RESPONSE TO DEFENDANT'S SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION [DKT. 73] <br><br> *The Honorable David O. Carter* <br><br><br> Complaint Filed: April 1, 2020 <br> Trial date: Not set. |

I, Aaron M. Olsen, declare as follows:

1. I am an attorney licensed to practice before all the courts of the State of California, and this District Court. I am a partner at the law firm of Haeggquist & Eck, LLP, counsel of record for Plaintiff Robert Cohen in the above-entitled action. I make this declaration in support of Response to Defendant's Supplemental Evidence in Support of Motion [Dkt. 73]. I have personal knowledge of the facts stated herein and if called to testify could and would competently testify thereto.

2. Defendant has contended that its Popcorn Chicken products were "generically" approved based on an alleged March 19, 2018 Food Safety and Inspection Service ("FSIS") sketch. *See* Dkt. 48-3. The Popcorn Chicken Bag and Box labels are set forth in Exhibits C-18 (Dkt. 48-22) and C-19 (Dkt. 48-23), respectively, to the May 16, 2022 Declaration of Andrew G. Phillips in Support of Motion to Dismiss Amended Complaint (Dkt. 48-2) ("Phillips May 16, 2022 Declaration"). The March 19, 2018 sketch is set forth in Exhibit B of the Phillips May 16, 2022 Declaration. *See* Dkt. 48-4 at 9-15. Attached hereto as **Exhibit 1** is a side-by-side comparison table comparing the March 19, 2018 sketch and the Popcorn Chicken (Bag) label, which illustrates the formulation changes and additional ingredients that were made.

3. Attached hereto as **Exhibit 2** is a true and correct copy of FSIS's January 18, 2023 Final Rule (Prior Label Approval System: Expansion of Generic Label Approval, 88 Fed. Reg. 2798 (Jan. 18, 2023)), amending its regulations regarding generic approval of meat, poultry, and egg product labels.

4. In his First Amended Complaint ("FAC") (Dkt. 43), Plaintiff made allegations challenging the facts underlying the FSIS approval process. *See* FAC ¶¶49-56. To this end, the FSIS has confirmed it does not have any reports or studies on consumer understanding and consumer expectations of "natural" or "preservative" claims on meat or poultry products. Attached hereto as **Exhibit 3** is a true and correct question and answer on this issue from FSIS, dated May 24, 2023. Also attached

hereto are true and correct copies of evidence relating to the allegations in Plaintiff's FAC on the approval process issue:

**Exhibit 4**: March 30, 2023 press release and call to action by U.S. Senators on USDA to Address Misleading Meat Labels.

**Exhibit 5**: Animal Welfare Institute, Deceptive Consumer Labels 2023 Publication.

**Exhibit 6**: Petition Submitted to FSIS by Perdue Foods LLC (Mar. 16, 2023) (Pet. No. 23-03).

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed this 22nd day of June, 2023, at San Diego, California.

/s/ Aaron M. Olsen
AARON M. OLSEN

# CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 22, 2023.

/s/ Aaron M. Olsen
AARON M. OLSEN

HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
AARON M. OLSEN (259923)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
ambere@haelaw.com
aarono@haelaw.com