# EXHIBIT 1

EXHIBIT 1
0004

# EXHIBIT 1

| FSIS Sketch Approval (March 19, 2018) | Popcorn Chicken Label | Ingredient additions and formulation changes[1] |
|---|---|---|
| **Ingredient Statement:** CHICKEN NUGGET PATTIES (Chicken Breast With Rib Meat, Water, Isolated Soy Protein, Salt, Sodium Phosphates, Autolyzed Yeast Extract, Natural Flavorings), BREADER (Bleached Wheat Flour, Salt, Dextrose, Yeast, Spice, Extractives of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Dextrose, Salt, Spices, Sugar, Autolyzed Yeast Extract, Modified Corn Starch, Garlic Powder, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate]). Fried In Vegetable Oil. CONTAINS: SOY, WHEAT. | INGREDIENTS: CHICKEN PATTIES (Chicken Breast with Rib Meat, Water, Soy Flour, Modified Corn Starch, Salt, Autolyzed Yeast Extract, Sodium Phosphates, Natural Flavoring). BREADER (Wheat Flour, Salt, Dextrose, Spice, Soybean Oil, Whey, Extractives Of Paprika), BATTER (Water, Yellow Corn Flour, Corn Starch, Spices, Salt, Sugar, Autolyzed Yeast Extract, Guar Gum, Leavening [Sodium Acid Pyrophosphate, Sodium Bicarbonate, Monocalcium Phosphate], Garlic Powder). Fried In Vegetable Oil. CONTAINS: SOY, MILK, WHEAT. | **Chicken Patties:**<br>· *Addition* of "Modified Corn Starch" to Patties<br>· *Addition* of "Soy Flour" to Patties<br>· Removal of "Isolated Soy Protein" from Patties<br>**Breader:**<br>· *Addition* of "Soybean Oil"<br>· *Addition* of "Whey"<br>· *Formulation change* of "Bleached Wheat Flour" to "Wheat Flour"<br>· Removal of "Modified Corn Starch"<br>**Batter:**<br>· Change in predominance of "Garlic Powder"<br>**Contains**:<br>· *Addition* of "Milk" ingredient |
| Chicken Breast Nuggets (Bag) Dkt. 48-4, Ex. B-2 at 14 of 56 | Popcorn Chicken (Bag) Dkt. 48-22 at 2 | |

---

[1]   Per the January 18, 2023 Final Rule (Prior Label Approval System: Expansion of Generic Label Approval, 88 Fed. Reg. 2798) (Jan. 18, 2023)), interpreting regulation (9 C.F.R. §§412.1, 412.2 (effective Mar. 20, 2023)), labels bearing "natural" claims, such as those here, are not generically approvable because they are special claims, as defined in 9 C.F.R. §412.1(e). For all other labels with special claims, per FSIS Guideline for Label Approval (Jan. 2023), "for the additional changes to be generically approved, there cannot be **any** formulation changes **or** addition of ingredients that were not part of the previously approved label." *See* Dkt. 73-2 at 22 (emphasis added); *see also id.* at 24.

EXHIBIT 1
0005