| | |
|---|---|
| 1 | ANGELA SPIVEY (*pro hac vice*) |
| 2 | ANDREW PHILLIPS (*pro hac vice*)<br>**ALSTON & BIRD LLP** |
| 3 | One Atlantic Center<br>1201 West Peachtree Street, Suite 4900 |
| 4 | Atlanta, GA  30309-3424<br>Telephone: (404) 881-7000 |
| 5 | Facsimile: (404) 881-7777 |
| 6 | E-mail:   angela.spivey@alston.com<br>              andrew.phillips@alston.com |
| 7 | |
| 8 | RACHEL E. K. LOWE (SBN 246361)<br>**ALSTON & BIRD LLP** |
| 9 | 333 South Hope Street, 16th Floor<br>Los Angeles, CA  90071-1410 |
| 10 | Telephone: (213) 576-1000<br>Facsimile: (213) 576-1100 |
| 11 | E-mail:   rachel.lowe@alston.com |
| 12 | Attorneys for Defendant |
| 13 | **CONAGRA BRANDS, INC.** |

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>            Plaintiff,<br><br>      v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>            Defendant. | Case No.:  8:20-cv-00637-DOC<br><br>Assigned to the Hon. David O. Carter<br><br>**DECLARATION OF ANDREW G. PHILLIPS ATTACHING CORRECTED FSIS SKETCH APPROVAL**<br><br>Date:         May 1, 2023<br>Time:        8:30 a.m.<br>Courtroom:   10A |

# DECLARATION OF ANDREW G. PHILLIPS

I, Andrew G. Phillips, declare:

1. I am an attorney duly licensed to practice Law in the State of Georgia and, pursuant to Civil L.R. 83-2.1.3, have been granted admission *pro hac vice* to appear in this case. I am counsel at the law firm of Alston & Bird LLP, attorneys of record herein for Defendant Conagra Brands Inc. ("Conagra"). I make this declaration in support of Conagra's Response to the Court's Order Requiring Supplemental Evidence in Support of Motion (Dkt. 84). I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently to them.

2. I previously submitted a Declaration (Dkt. 85), attaching as Exhibit B (Dkt. 85-2) a copy of FSIS sketch approval for the Popcorn Chicken product. I noted in the Declaration that the FSIS sketch approval for the Popcorn Chicken includes the FSIS stamp "Sketch Approved Subject to Compliance with FMIA & PPIA & Regulations" indicating the application for sketch approval has been approved by FSIS. Below is a screenshot of how the stamp appears on the true and correct copy of the FSIS sketch approval for the Popcorn Chicken product:

| U.S. DEPARTMENT OF AGRICULTURE FOOD SAFETY AND INSPECTION SERVICE **APPLICATION FOR APPROVAL OF LABELS, MARKING OR DEVICE** FSIS has determined that information provided in items 11, 15, and 16 is exempt from mandatory disclosure under Freedom of Information Act 5 U.S.C. 552(b)(4) APPLICANT: See Page 5 for instructions. | 1. AGENT NAME, ADDRESS, TELEPHONE NO. *(If using an Agent, complete this block, otherwise leave blank.)* | 2. FOR USDA USE ONLY **SKETCH APPROVED SUBJECT TO COMPLIANCE WITH FMIA & PPIA & REGULATIONS** Feb 24, 2022 **FSIS U.S. DEPT. OF AGRICULTURE** | 3. FOR USDA USE ONLY |
|---|---|---|---|
| 5a. NAME OF PRODUCT BANQUET Popcorn Chicken - Chicken Breast Patty Fritters With Rib Meat | | | |

3. However, in the process of redacting commercially sensitive business information prior to filing the sketch approval, the software inadvertently removed the FSIS stamp (as well as other elements added to the approval, such as the stamp in box 7b).

4. Attached hereto as **Exhibit A** is a corrected version of the FSIS sketch approval for the Popcorn Chicken product that includes the FSIS stamp indicating the

application for sketch approval has been approved by FSIS, as appears on the true and correct copy of that sketch approval.

    I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

    Executed this 26th day of June, 2023 in Atlanta, Georgia.


                      */s/ Andrew G. Phillips*
                        Andrew G. Phillips