HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
  ambere@haelaw.com
ALREEN HAEGGQUIST (221858)
  alreenh@haelaw.com
AARON M. OLSEN (259923)
  aarono@haelaw.com
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878

[Additional Counsel Appear on Signature Page.]

Attorney for Plaintiff and the Proposed Class

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br><u>CLASS ACTION</u><br><br>SUPPLEMENTAL RESPONSE TO DEFENDANT'S CORRECTED SUPPLEMENTAL EVIDENCE IN SUPPORT OF MOTION [DKT. 73]<br><br>*The Honorable David O. Carter*<br><br>Complaint Filed: April 1, 2020<br>Trial date: Not set. |

1	Defendant Conagra Brands, Inc.'s ("Defendant") "corrected" filing (Dkt. 87) –
2	filed after Plaintiff responded to Defendant's original court-ordered supplemental
3	filing (Dkt. 86) – demonstrates why this Court should order the parties to proceed to
4	discovery so that the facts can be developed through written discovery and
5	depositions, instead of Defendant's curated by counsel piecemeal unauthenticated
6	filings. Over the course of several years now, Defendant has established its pattern
7	and practice of sandbagging key documents. For example, after the Ninth Circuit oral
8	argument, Defendant submitted documents via a Rule 28(j) letter that it had withheld
9	from this Court and the appellate panel. *Cohen v. ConAgra Brands, Inc.*, 16 F.4th
10	1283, 1289 n.6 (9th Cir. 2021).
11	The most recent late filing makes at least three points that undermine
12	Defendant's previous positions. First, the literal rubber stamp on which Defendant
13	relies says "Sketch Approved **Subject to** Compliance with FMIA & PPIA
14	Regulations." Dkt. 87-1 ¶2 (emphasis added). Compliance is ultimately Defendant's
15	responsibility, not the USDA's. The rubber stamp does not declare that Defendant has
16	indeed complied with the regulations. Second, the instructions for preparation of the
17	FSIS Form 7234-1 itself says, "approval of the sketch does not convey approval of
18	the processing procedures," Dkt. 87-1 at 4, which is relevant here because
19	Defendant's processing procedures are at issue and are contrary to the USDA's
20	definition of "natural." Third, Defendant again redacts the entirety of its processing
21	procedures description so that neither this Court nor Plaintiff can see what information
22	Defendant provided to USDA to obtain the rubber stamp on which it bases its
23	preemption argument.

HAEGGQUIST & ECK, LLP

Respectfully submitted,

Dated: June 29, 2023

HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
ALREEN HAEGGQUIST (221858)
AARON M. OLSEN (259923)

By:     /s/ Aaron M. Olsen
           AARON M. OLSEN

225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: (619) 342-8000
Facsimile: (619) 342-7878
ambere@haelaw.com
alreenh@haelaw.com
aarono@haelaw.com

ELSNER LAW & POLICY LLC
GRETCHEN ELSNER (*Pro Hac Vice*)
314 South Guadalupe Street
Santa Fe, NM 87501
Telephone: (505) 303-0980
gretchen@elsnerlaw.org

GLANCY PRONGAY & MURRAY LLP
LIONEL Z. GLANCY (134180)
MARC L. GODINO (182689)
1925 Century Park East, Suite 2100
Los Angeles, CA 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
lglancy@glancylaw.com
mgodino@glancylaw.com
info@glancylaw.com

| | |
|---|---|
| 1 | GLANCY PRONGAY & MURRAY LLP |
| 2 | DAVID J. STONE (208961) |
|   | 230 Park Avenue, Suite 358 |
| 3 | New York, NY 10169 |
| 4 | Telephone: (212) 682-5340 |
|   | Facsimile: (212) 884-0988 |
| 5 | dstone@glancylaw.com |

Attorneys for Plaintiff and the Proposed Class

# **CERTIFICATE OF SERVICE**

I hereby certify that on June 29, 2023, I authorized the electronic filing of the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the e-mail addresses denoted on the Electronic Mail Notice List.

I certify under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed on June 29, 2023.

/s/ Aaron M. Olsen
AARON M. OLSEN

HAEGGQUIST & ECK, LLP
AMBER L. ECK (177882)
AARON M. OLSEN (259923)
225 Broadway, Suite 2050
San Diego, CA 92101
Telephone: 619-342-8000
Facsimile: 619-342-7878
aarono@haelaw.com