ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:   angela.spivey@alston.com
              andrew.phillips@alston.com

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:   rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA BRANDS, INC.,**

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.:  8:20-cv-00637-DOC-ADS<br><br>Assigned to the Hon. David O. Carter<br><br>**JOINT STIPULATION RE: JOINT RULE 26(f) REPORT**<br><br>[Filed concurrently with (Proposed) Order] |

**JOINT STIPULATION RE: JOINT RULE 26(f) REPORT**

TO THE HONORABLE COURT AND TO ALL INTERESTED PARTIES:

Defendant CONAGRA BRANDS, INC. ("Conagra"), and Plaintiff ROBERT COHEN ("Plaintiff") (Conagra and Plaintiff are, together, the "Parties") by and through their counsel, hereby stipulate as follows for the Court's consideration:

WHEREAS, on July 7, 2023 the Court issued its Order on Conagra's motion to certify issue for immediate appeal or, in the alternative, motion for reconsideration with respect to the Court's Order Granting in Part of Denying in Part Conagra's Motion to Dismiss. The Court granted Defendant's Motion for Reconsideration, denied as moot the request for interlocutory appeal and granted in part and denied in part Defendant's motion to dismiss ("July 7th Order"). *See* (Dkt. 90);

WHEREAS, the July 7th Order ordered the parties to file an updated Joint Rule 26(f) Report within fourteen days of the Order;

WHEREAS, on July 17th, the parties met and conferred regarding an updated Joint Rule 26(f) Report.

WHEREAS, at the July 17th meeting, Plaintiff indicated he anticipates filing a motion for leave to file an amended complaint within the next 45 days;

WHEREAS, Defendant denies that Plaintiff has any good faith, non-speculative basis to file a Second Amended Complaint, anticipates opposing Plaintiff's motion for leave, and (if such leave is granted) anticipates moving to dismiss any Second Amended Complaint. Nonetheless, Defendant agrees that the briefing and related hearings associated with Plaintiff's anticipated motion for leave support postponement of the filing of an Updated Joint Rule 26 (f) Report;

WHEREAS, considering Plaintiff's anticipated motion for leave to file an amended complaint, it would be more efficient to postpone filing an updated Joint Rule 26(f) Report in the event Plaintiff files his motion for leave within the next 45 days;

WHEREAS, if Plaintiff does not file his motion for leave to file an amended complaint within the next 45 days, the parties will file their updated Joint Rule 26(f)

1  Report no later than September 4, 2023.

2      NOW THEREFORE, IT IS HEREBY STIPULATED, by and between the
3  Parties, through their respective counsel of record, that the updated Joint Rule 26(f)
4  Report currently due on July 21, 20023 be extended to September 4, 2023 in the event
5  that Plaintiff does not file a motion for leave to file an amended complaint prior to
6  September 4, 2023.

8      **IT IS SO STIPULATED.**

10 DATED: July 19, 2023      ANGELA SPIVEY (*Pro Hac Vice*)
11      ANDREW G. PHILLIPS (*Pro Hac Vice*)
     RACHEL E. K. LOWE
12      **ALSTON & BIRD LLP**

13      */s/ Angela Spivey*
14      ANGELA SPIVEY
     Attorney for Defendant
15      **CONAGRA BRANDS, INC.**

16
17 DATED: July 19, 2023      ALREEN HAEGGQUIST
     IAN PIKE
18      **HAEGGQUIST & ECK, LLP**

19      LIONEL Z. GLANCY
     MARC L. GODINO
20      **GLANCY PRONGAY & MURRAY LLP**

21      GRETCHEN ELSNER (admitted *Pro Hac Vice*)
     **ELSNER LAW & POLICY, LLC**

22
23      */s/ Marc L. Godino*
     MARC L. GODINO
24      Attorney for Plaintiff
     **ROBERT COHEN**

|    |    |
|----|----|
| 1  | **Local Rule 5-4.3.4(a)(2)(i) Certification** |
| 2  | Pursuant to Local Rule 5-4.3.4(a)(2)(i), the filer of this document attests that |
| 3  | concurrence in the filing has been obtained from each of the other signatories. |
| 4  |    |
| 5  | */s/ Marc L. Godino* |
| 6  | MARC L. GODINO |

**CERTIFICATE OF SERVICE**

I hereby certify that on July 19, 2023, I electronically filed the foregoing *Joint Stipulation to Set Briefing Schedule* with the Clerk of the Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

*/s/ Marc L. Godino*
MARC L. GODINO