1  ANGELA SPIVEY (*pro hac vice*)
   ANDREW PHILLIPS (*pro hac vice*)
2  **ALSTON & BIRD LLP**
   One Atlantic Center
3  1201 West Peachtree Street, Suite 4900
   Atlanta, GA  30309-3424
4  Telephone: (404) 881-7000
   Facsimile: (404) 881-7777
5  E-mail:   angela.spivey@alston.com
             andrew.phillips@alston.com
6

7  RACHEL E. K. LOWE (SBN 246361)
   **ALSTON & BIRD LLP**
8  333 South Hope Street, 16th Floor
   Los Angeles, CA  90071-1410
9  Telephone: (213) 576-1000
   Facsimile: (213) 576-1100
10 E-mail:   rachel.lowe@alston.com

11 Attorneys for Defendant
   **CONAGRA BRANDS, INC.,**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.:  8:20-cv-00637-DOC-ADS<br><br>Assigned to the Hon. David O. Carter<br><br>**[PROPOSED] ORDER ON JOINT STIPULATION RE: JOINT RULE 26(f) REPORT** |

# [PROPOSED] ORDER

The Joint Stipulation to Set Briefing Schedule, with good cause appearing therefore, is GRANTED. It is hereby ORDERED as follows:

Plaintiff will have until September 4, 2023 to file his motion for leave to file an amended complaint;

In the event Plaintiff does not file his motion for leave to file an amended complaint on or before September 4, 2023, the parties will file their updated Joint Rule 26(f) Report no later than September 4, 2023.

**IT IS SO ORDERED.**

DATED: _____           _____
                                        The Honorable David O. Carter