**GLANCY PRONGAY & MURRAY LLP**
Lionel Z. Glancy (SBN 134180)
Marc L. Godino (SBN 182689)
1925 Century Park East, Suite 2100
Los Angeles, California 90067
Telephone: (310) 201-9150
Facsimile: (310) 201-9160
Email: info@glancylaw.com

*Attorney for Plaintiff and the Proposed Class*

[Additional Counsel Listed On Signature Page]

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>*Plaintiff,*<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>*Defendant* | Case No.  8:20-cv-00637-DOC-ADS<br><br>**ORDER GRANTING STIPULATED PROTECTIVE ORDER** |

1004353.1

1

Having considered the Stipulated Protective Order ("Protective Order"), and for good cause shown, it is hereby ordered that the Protective Order is granted.

**IT IS SO ORDERED.**

Dated: August 1, 2023                     /s/ Autumn D. Spaeth
                                          HONORABLE AUTUMN D. SPAETH
                                          United States Magistrate Judge

1004353.1                                 2