# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br>Assigned to the Hon. David O. Carter<br><br>**ORDER ON JOINT STIPULATION RE: JOINT RULE 26(f) REPORT [92]** |

# ORDER

The Joint Stipulation to Set Briefing Schedule, with good cause appearing therefore, is GRANTED.  It is hereby ORDERED as follows:

Plaintiff will have until September 4, 2023 to file his motion for leave to file an amended complaint;

In the event Plaintiff does not file his motion for leave to file an amended complaint on or before September 4, 2023, the parties will file their updated Joint Rule 26(f) Report no later than September 4, 2023.

**IT IS SO ORDERED.**

DATED:  August 16, 2023

_David O. Carter_
The Honorable David O. Carter