# EXHIBIT A

1  GLANCY PRONGAY & MURRAY LLP
   Lionel Z. Glancy (SBN 134180)
2  Marc L. Godino (SBN 182689)
   Danielle L. Manning (SBN 313272)
3  1925 Century Park East, Suite 2100
   Los Angeles, California 90067
4  Telephone: (310) 201-9150
   Facsimile: (310) 201-9160
5  E-mail:  info@glancylaw.com

6  *Counsel for Plaintiff*

## THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF CALIFORNIA
## SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated, | Case No. |
| *Plaintiff*, | **CLRA VENUE DECLARATION OF PLAINTIFF ROBERT COHEN PURSUANT TO CAL. CIV. CODE § 1780(d). (Ex. A to Complaint)** |
| v. | |
| CONAGRA BRANDS, INC., a Delaware corporation, | CLASS ACTION |
| *Defendant.* | |

**CLRA VENUE DECLARATION OF PLAINTIFF ROBERT COHEN**

I, Robert Cohen, declare:

1. I have personal knowledge of the facts stated here. If called upon to testify, I could competently testify to these facts.

2. I am a Plaintiff in the above-captioned action.

3. I submit this declaration in support of the Class Action Complaint, which is based in part on violations of the Consumers Legal Remedies Act, Cal. Civ. Code § 1750 et seq.

4. The Class Action Complaint has been filed in the proper place for a trial of this action.

5. Defendant Conagra has its principal place of business in Chicago, Illinois, and Defendant conducts substantial business, including the acts and practices at issue in this action, within this District.

6. I declare under penalty of perjury under the laws of the United States that the above is true and correct to the best of my knowledge.

Executed on March ___, 2020 in Tustin, California.

By: 
Robert Cohen (Mar 31, 2020)
ROBERT COHEN

**CLRA VENUE DECLARATION OF PLAINTIFF ROBERT COHEN**