ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA 30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:   angela.spivey@alston.com
          andrew.phillips@alston.com

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA 90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:   rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA BRANDS, INC.**

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

# SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>          Plaintiff,<br><br>     v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>          Defendant. | Case No.: 8:20-cv-00637-DOC<br><br>Assigned to the Hon. David O. Carter<br><br>**STIPULATION REGARDING BRIEFING SCHEDULE ON RESPONSE TO SECOND AMENDED COMPLAINT**<br><br>[Filed concurrently with [Proposed] Order] |

Defendant Conagra Brands, Inc. ("Defendant" or "Conagra") and Plaintiff Robert Cohen ("Plaintiff" or "Cohen"), by and through their counsel, hereby stipulate as follows for the Court's consideration:

WHEREAS, on September 12, 2023, Plaintiff filed its Second Amended Complaint ("SAC") against Defendant;

WHEREAS, Defendant intends to move to dismiss the SAC;

WHEREAS, the parties have met and conferred in good faith and agreed to the following briefing schedule regarding the anticipated motion to dismiss, subject to Court approval:

1. Defendant's deadline to move to dismiss (or otherwise plead to) Plaintiff's Second Amended Complaint shall be October 12, 2023,

2. Plaintiff's opposition to any motion to dismiss shall be filed not later than November 13, 2023, and

3. Defendant's reply in support of its motion to dismiss shall be filed not later than December 13, 2023.

WHEREAS, good cause exists for the stipulated briefing schedule because it was negotiated between the parties in good faith and allows the parties sufficient time to investigate the parties' various claims and defenses.

NOW, THEREFORE, IT IS HEREBY STIPULATED, by and between the Parties, and subject to approval by the Court, that Conagra's deadline to respond, object or otherwise plead to Plaintiff's Second Amended Complaint shall be October 12, 2023; Plaintiff's opposition shall be filed not later than November 13, 2023; and Conagra's reply shall be filed not later than December 13, 2023.

**IT IS SO STIPULATED.**

DATED: September 15, 2023   LIONEL Z. GLANCY
MARC L. GODINO
DANIELLE L. MANNING
**GLANCY PRONGAY & MURRAY LLP**

*/s/ Marc L. Godino*
MARC L. GODINO

**Plaintiff ROBERT COHEN**

DATED: September 15, 2023   ANGELA SPIVEY
ANDREW G. PHILLIPS
RACHEL E. K. LOWE
ALSTON & BIRD LLP

*/s/ Rachel E.K. Lowe*
RACHEL E. K. LOWE

**Defendant CONAGRA BRANDS, INC.**