1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>　　　　Defendant. | Case No.:  8:20-cv-00637-DOC<br><br>**ORDER GRANTING STIPULATION REGARDING BRIEFING SCHEDULE ON  RESPONSE TO SECOND AMENDED COMPLAINT** |

**ORDER**

Having reviewed the Joint Stipulation of Defendant Conagra Brands, Inc. ("Defendant" or "Conagra") and Plaintiff Robert Cohen ("Plaintiff" or "Cohen") (collectively, "the parties"), by and through their counsel, and good cause being shown therefor:

**IT IS HEREBY ORDERED that:**

1. Defendant's time to answer, move, or otherwise respond to Plaintiff's Second Amended Complaint is October 12, 2023;
2. If Defendant files any motion or pleading directed to the Second Amended Complaint, Plaintiff's opposition to such motion or pleading shall be filed not later than November 13, 2023;
3. Defendant's reply shall be filed not later than December 13, 2023;

IT IS SO ORDERED

DATED: September 19, 2023

*[signature]*

HON. DAVID O. CARTER
United States District Judge
Central District of California