ANGELA SPIVEY (*pro hac vice*)
ANDREW PHILLIPS (*pro hac vice*)
**ALSTON & BIRD LLP**
One Atlantic Center
1201 West Peachtree Street, Suite 4900
Atlanta, GA  30309-3424
Telephone: (404) 881-7000
Facsimile: (404) 881-7777
E-mail:   angela.spivey@alston.com
             andrew.phillips@alston.com

RACHEL E. K. LOWE (SBN 246361)
**ALSTON & BIRD LLP**
333 South Hope Street, 16th Floor
Los Angeles, CA  90071-1410
Telephone: (213) 576-1000
Facsimile: (213) 576-1100
E-mail:   rachel.lowe@alston.com

Attorneys for Defendant
**CONAGRA BRANDS, INC.**

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

## SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>              Plaintiff,<br><br>      v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>              Defendant. | Case No.:  8:20-cv-00637-DOC<br><br>Assigned to the Hon. David O. Carter<br><br>**DECLARATION OF ANDREW G. PHILLIPS IN SUPPORT OF STIPULATION REGARDING DISCOVERY, SCHEDULING ORDER, AND REFERRAL TO ADR PROCESS**<br><br>[Filed concurrently with Stipulation and (Proposed) Order] |

## DECLARATION OF ANDREW G. PHILLIPS

I, Andrew G. Phillips, declare:

1. I am an attorney duly licensed to practice Law in the State of Georgia and, pursuant to Civil L.R. 83-2.1.3, have been granted admission *pro hac vice* to appear in this case. I am counsel at the law firm of Alston & Bird LLP, attorneys of record herein for Defendant Conagra Brands Inc. ("Conagra"). I make this declaration in support of the Parties' Stipulation Regarding Discovery, Scheduling Order, and Referral to ADR Process. I have personal knowledge of the facts set forth in this declaration and if called as a witness, I could and would testify competently to them.

2. I met and conferred with counsel for Plaintiff via telephone conference on March 1 and March 7, 2024.

3. During those telephonic meet and confers, the Parties discussed, and mutually agreed that the Parties' time and efforts would be best spent focusing on resolving the few remaining claims in this case through the Court's ADR Process.

4. In an effort to facilitate the Parties' settlement negotiations, I provided retail sales data of the remaining product at issue during the putative class period to Plaintiff.

5. During the meet and confer teleconference, the Parites agreed to file a stipulation for the case to be referred to the Court's ADR process.

6. The Parties also discussed and agreed that all scheduling deadlines should be stayed, subject to Court approval, pending referral to and completion of the ADR process.

7. The Parties also discussed and agreed upon a proposed revised scheduling order to be submitted to the court.

8. That Proposed Revised Scheduling Order is attached hereto as **Exhibit A**.

/ / /

/ / /

1  I declare under penalty of perjury under the laws of the United States that the
2  foregoing is true and correct.

4  Executed this 15th day of March, 2024 in Atlanta, Georgia.

                                              */s/ Andrew G. Phillips*
                                              Andrew G. Phillips