# EXHIBIT A

| EVENT | DEADLINE |
| --- | --- |
| Exchange Initial Disclosures | Completed |
| Amend Pleadings, Add Parties, Claims or Defenses | 60 Days After Ruling on Motion to Dismiss Filed |
| Class Certification Opening Brief | November 25, 2024 |
| Class Certification Expert Reports | November 25, 2024 |
| Opposition to Motion for Class Certification | February 24, 2025 |
| Reply in Support of Motion for Class Certification | March 24, 2025 |
| Class Certification Hearing | April 21, 2025 |
| Fact Expert Reports | June 23, 2025 |
| Fact Discovery Cutoff | June 23, 2025 |
| Fact Expert Rebuttal Reports | July 21, 2025 |
| Fact Expert Deposition Cutoff | August 25, 2025 |
| Final Motion Cut-off[1] | September 1, 2025 |
| Pre-Trial Conference | October 6, 2025 |
| Trial | October 13, 2025 |

---

[1] While this date establishes a "Final Motion Cut-off," the parties reserve the right to file motions – including earlier motions for summary judgment or other dispositive motions – at any time permitted by the Federal Rules of Civil Procedure and the Rules of the Court.

1060252.1