1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>　　　　　Defendant. | Case No.: 8:20-cv-00637-DOC<br><br>**ORDER GRANTING STIPULATION REGARDING DISCOVERY, SCHEDULING ORDER, AND REFERALL TO ADR PROCESS**<br><br>[Filed concurrently with Joint Stipulation and Declaration of Andrew G. Phillips] |

# ORDER

Having reviewed the Joint Stipulation of Defendant Conagra Brands, Inc. ("Defendant" or "Conagra") and Plaintiff Robert Cohen ("Plaintiff" or Cohen") (collectively, "the parties"), by and through their consel, and good cause being shown therefor:

**IT IS HEREBY ORDERED that:**

1. The Parties will particiapte in the following ADR process: Mediation pursuant to ADR L.R. 6 by an appointed Court Panel Mediator;
2. The Parties will hold the ADR session within 90 days from the date of the order referring the case to ADR, or as soon as practicable given the availability of the Court Panel Mediator;
3. All deadlines set by or referenced within the Scheduling Order shall be stayed pending referral to and completion of the ADR process;
4. The case shall be STAYED until completion of the ADR process. The Parties are ordered to submit a status report within ten (10) days of the completion of the ADR process.

IT IS SO ORDERED

DATED: March 19, 2024

_David O. Carter_
HON. DAVID O. CARTER
United States District Judge
Central District of California