UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| ROBERT COHEN, a consumer, on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>CONAGRA BRANDS, INC., a Delaware corporation,<br><br>Defendant. | Case No.: 8:20-cv-00637-DOC-ADS<br><br>**ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)**<br><br>(*The Honorable David O. Carter*) |

//
//
//
//
//
//

FOR GOOD CAUSE SHOWN, pursuant to the Joint Stipulation of Dismissal Without Prejudice Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this action is dismissed without prejudice as to all claims, causes of action, and parties, with each party bearing their own attorney's fees and costs. The Clerk is directed to close the file.

**IT IS SO ORDERED.**

DATED: August 14, 2024

*[signature]*

The Honorable David O. Carter
United States District Judge

HAEGGQUIST & ECK, LLP

1                                                      Case No.: 8:20-cv-00637-DOC-ADS
ORDER OF DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)